HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
Heather_williams@fd.org

Attorney for Defendant
Emiliano Carranza-Ochoa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMILIANO CARRANZA-OCHOA,<br><br>Defendant. | Case №:2:16-cr-00087-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br>(Spanish Interpreter case)<br>Date: June 16, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, attorney for EMILIANO CARRANZA-OCHOA, that the status conference scheduled for June 16, 2016, be vacated and continued to July 7, 2016, at 10:00 a.m., based upon the following:

1. The Government disclosed 337 pages of documents which include immigration and prior conviction records. These, along with the Indictment's aggravated felony allegation, may raise an issue of the validity of that prior conviction. Based on this, defense counsel is awaiting additional information from CARRANZA-OCHOA's counsel in the prior conviction to see if additional investigation and legal research are needed to challenge his removal and effectively represent CARRANZA-OCHOA.

2. CARRANZA-OCHOA has retained private counsel who is attempting to substitute

in. As a fast-track plea offer is pending, additional time is needed not just for instant counsel to continue her investigation of potential sentencing and other issues, but to permit new counsel to conduct his investigation before making any recommendation to CARRANZA-OCHOA regarding the plea offer or prepare for further litigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as June 13, 2016, today's date of the parties' stipulation, through and including July 7, 2016; pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) [failure to continue would result in miscarriage of justice] and (iv) [reasonable time for defendant to retain counsel/for defense counsel to prepare] and United States District Court, California Eastern District General Order 479, Local Codes T1 and T4 based upon retained counsel's substitution, defense counsel's preparation, and miscarriage of justice if the continuance is denied.

DATED: June 13, 2016            HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Heather E. Williams*
                                HEATHER E. WILLIAMS
                                Federal Defender
                                Attorney for EMILIANO CARRANZA-OCHOA


DATED: June 13, 2016            PHILLIP A. TALBERT
                                Acting United States Attorney

                                */s/ Katherine Lydon*
                                KATHERINE LYDON
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

[Proposed Order on following page]

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case could deny defendant the right to retained counsel of his choosing, and would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.  The June 16, 2016, status conference is vacated and continued to July 7, 2016, at 10:00 a.m.  Time is excluded from June 16, 2016, the date of the parties' stipulation, up to and including July 7, 2016, within which trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) [failure to continue would result in miscarriage of justice] and (iv) [reasonable time for defense counsel to prepare], and General Order 479, (Local Codes T1 and T4) [retained counsel's substitution, defense counsel's preparation, and miscarriage of justice if the continuance is denied].

IT IS SO ORDERED.

Dated:  June 14, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE