PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>EMILIANO CARRANZA-OCHOA,<br><br>               Defendant. | CASE NO. 2:16-CR-087 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 7, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 7, 2016.

2. By this stipulation, the defendant now moves to continue the status conference until August 11, 2016, and to exclude time between July 7, 2016, and August 11, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 337 pages of discovery, primarily taken from the defendant's immigration file. This discovery has been produced to counsel for the defendant.

    b) Counsel for the defendant was retained recently and desires additional time to review the discovery and investigate his client's case. Defense counsel also requires time to continue his investigation of potential sentencing and other issues as well as prepare and confer

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1   with his client regarding strategy and potential avenues of resolution of the case.

2          c)      Counsel for the defendant believes that failure to grant the above-requested
3   continuance would deny him the reasonable time necessary for effective preparation,
4   consideration of potential resolutions, and consultation with his client, taking into account the
5   exercise of due diligence.

6          d)      The government does not object to and joins the request for the continuance.

7          e)      Based on the above-stated findings, the ends of justice served by continuing the
8   case as requested outweigh the interest of the public and the defendant in a trial within the
9   original date prescribed by the Speedy Trial Act.

10         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11  et seq., within which trial must commence, the time period of July 7, 2016 to August 11, 2016,
12  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13  because it results from a continuance granted by the Court at defendant's request on the basis of
14  the Court's finding that the ends of justice served by taking such action outweigh the best interest
15  of the public and the defendant in a speedy trial.

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 6, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney

Dated: July 6, 2016

/s/ *Sanjay Sobti (by Katherine Lydon with permission)*

SANJAY SOBTI
Counsel for Defendant
EMILIANO CARRANZA-OCHOA

## ORDER

IT IS SO ORDERED.

Dated: July 6, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE