PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              v.<br><br>EMILIANO CARRANZA-OCHOA,<br><br>                              Defendant. | CASE NO.  2:16-CR-087 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 11, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 11, 2016.

2.      By this stipulation, the defendant now moves to continue the status conference until August 25, 2016, and to exclude time between August 11, 2016, and August 25, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes 337 pages of discovery, primarily taken from the defendant's immigration file.  This discovery has been produced to counsel for the defendant.  After defense counsel reviewed that discovery, the defendant and the government have reached a plea agreement.

b)      Counsel for the defendant desires additional time to prepare his client for a

1

change of plea and judgement & sentencing hearing, which the parties expect to request be held on August 25, 2016.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, consideration of potential resolutions, and consultation with his client, taking into account the exercise of due diligence.

d)      The government does not object to and joins the request for the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 11, 2016 to August 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4      IT IS SO STIPULATED.

5

6  Dated:  August 8, 2016                         PHILLIP A. TALBERT
                                            Acting United States Attorney

7

8                                            /s/ *Katherine T. Lydon*
                                          KATHERINE T. LYDON
                                          Assistant United States Attorney

9

10

11  Dated:  August 8, 2016                         */s/ Sanjay Sobti (by Katherine
                                          Lydon with permission)*

12                                            SANJAY SOBTI

13                                            Counsel for Defendant
                                          EMILIANO CARRANZA-

14                                            OCHOA

15

16                                       **ORDER**

17      IT IS SO ORDERED.

18  Dated:  August 10, 2016

19

20                                MORRISON C. ENGLAND, JR

21                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28